UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN, | No. 2:25-cv-2507 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| STATE OF CALIFORNIA, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis. Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of court records reveals that plaintiff has filed two actions that were dismissed for failure to state a claim upon which relief can be granted, and judgment is final: Hickman v. Chisolm, 2:19-cv-1254 TLN AC P; Hickman v. Chisolm, 2:19-cv-1725 KJM DB P. Plaintiff also filed an action that was dismissed as duplicative and judgment is final: Hickman v. Chisolm,

1

2:19-cv-1828 KJM AC P. The Ninth Circuit has recognized that a duplicative suit is either frivolous or malicious. <u>Cato v. United States</u>, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995).

There is no allegation by plaintiff that he is under imminent danger of serious physical injury.

In light of the foregoing, plaintiff's request for leave to proceed in forma pauperis should be denied.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) be denied; and

2. Plaintiff be ordered to pay the $405 filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 12, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hick2507.3ks