UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUANE HICKMAN,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 2:25-cv-02507-DC-CKD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 2, 6)

Plaintiff Kevin Duane Hickman, a California prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2025, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 6.) On September 23, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 8.) On October 10, 2025, Plaintiff filed a letter in support of his objections. (Doc. No. 12.) Plaintiff's objections and letter do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on September 12, 2025 (Doc. No. 6) are ADOPTED in full;

2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3. To proceed with this action, Plaintiff must pay the entire $405.00 filing fee within thirty (30) days from the date of this order; and

4. Plaintiff is cautioned that his failure to pay the filing fee as required will result in a dismissal of this action.

IT IS SO ORDERED.

Dated: **December 30, 2025**

Dena Coggins
United States District Judge