UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUANE HICKMAN,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 2:25-cv-02507-DC-CKD (PC)

ORDER DISMISSING CASE

On December 31, 2025, Plaintiff's application to proceed in forma pauperis was denied and Plaintiff was ordered to pay the $405 filing fee within fourteen days in order to proceed with this action. ECF No. 15. Plaintiff was advised that failure to pay the filing fee within the time permitted would result in the dismissal of this action. Plaintiff has not paid the filing fee, and the time in which to do so has passed. Accordingly, IT IS HEREBY ORDERED,

1. This action is dismissed without prejudice for failure to pay the filing fee; and
2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge